UNITED STATES DISTRICT COURT **SEALED DOCUMENT**
DISTRICT OF NEW HAMPSHIRE

In the Matter of the Application
for a Search Warrant of computer
servers at Yahoo, Inc., an e-mail
provider located at 701 First Avenue
Sunnyvale, CA

2013 APR 17 P 2:00

1:13-mj-39-01-LM
UNDER SEAL - LEVEL I

### 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking to precluding Yahoo, Inc. from notifying any person of the existence of the Search Warrant pertaining the e-mail accounts, **doctorjay36@yahoo.com, macathy45@yahoo.com, ltd_zenith@yahoo.com, swipe_life@yahoo.com, fergiemaga35@yahoo.com, careerlady08@yahoo.com, james_williamsbuy@yahoo.com, ifeowo85@yahoo.com, kwa22kg@yahoo.com, paulgells@yahoo.com, satainvestments@yahoo.com, alliancefundingsolutions@yahoo.com, just22g@yahoo.com, aloyookot@yahoo.com, and jhenry500@yahoo.com**, finds that there is reason to believe that notification of the existence of the Search Warrant will result in the destruction of, or tampering with, evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that Yahoo, Inc. shall not notify any person of the existence of the Search Warrant, for a period of ninety (90) days.

April 17, 2013

_____
Landya B. McCafferty
United States Magistrate Judge